# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JORGE NIEVES,

    Plaintiff/Counter Defendant,

v.                                                                 Case No: 5:23-cv-205-JSM-PRL

DONARRA XT, LLC, a Foreign Limited
Liability Company,

    Defendant/Counter Claimant.

_____

## ORDER

THIS CAUSE comes before the Court on the Notice of Settlement as to all claims (Dkt. 31) and the Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (Dkt. 33). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (Dkt. 33) is GRANTED.

2. The settlement is approved.

3. The Court retains jurisdiction of this action for a period of forty-five (45) days.

4. This action is DISMISSED WITH PREJUDICE.

5. All pending motions are denied as moot.

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this August 28, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE